# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JOSE LUIS RODRIGUEZ,<br>    Defendant. | CASE NO. CR14-590-CAS - 1<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On February 12, 2018, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on March 15, 2017 and February 6, 2018. Government counsel, Kimberly Jaimez, the defendant and his appointed Deputy Federal Public Defender attorney, Georgina Wakefield, were present. The U.S. Probation Officer, David Beaupre, was also present.

The defendant admits to allegations 1, 2 and 3, in violation of his supervised release, as stated in the Petitions filed on March 15, 2017 and February 6, 2018. The defendant denies allegations 4 and 5, as stated in the Petition filed February 6, 2018. The Court grants the government's request to dismiss allegations 4 and 5, as stated in the Petition filed February 6, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on July 20, 2015.

///

///

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of twenty (20) months, with no supervision to follow. The twenty (20) months shall be served concurrently with defendant's State sentence. In the event defendant is released from State custody earlier, defendant will serve the remainder of his twenty (20) months in Federal custody.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: February 12, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:___/S/_____
Catherine M. Jeang, Deputy Clerk